UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFF ROWE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 3:23-cv-833 ) ) *Judge Aleta A. Trauger* |
| ALLIED TRADES, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pending before the Court is Plaintiffs' Notice of Voluntary Dismissal without Prejudice (Doc. No. 11). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
HONORABLE ALETA A. TRAUGER
U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

/s/ *R. Jan Jennings*
R. Jan Jennings, BPR No. 1536
Karla M. Campbell, BPR No. 027132
Michael C. Iadevaia NY BPR No. 5783295
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN   37203
Tel. (615) 254-8801
Email:   jjennings@stranchlaw.com
Email:   kcampbell@stranchlaw.com
Email:   miadevaia@stranchlaw.com

_____

2
4886-4447-2860, v. 1
Case 3:23-cv-00833   Document 12   Filed 11/16/23   Page 2 of 2 PageID #: 31